**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | : | |
| Plaintiff, | : | 11 Civ. 3543 (WHP) |
| -against- | : | ECF case |
| PARNON ENERGY INC., ARCADIA PETROLEUM LTD., ARCADIA ENERGY (SUISSE) SA, NICHOLAS J. WILDGOOSE AND JAMES T. DYER, | : | NOTICE OF MOTION |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**NOTICE OF MOTION FOR A PROTECTIVE ORDER**
**AND FOR ENFORCEMENT OF THE STIPULATED PROTECTIVE ORDER**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Jonathan P. Robell, dated August 12, 2013 and the exhibits attached thereto, Plaintiff United States Commodity Futures Trading Commission will move this Court, before the Honorable William H. Pauley III at Courtroom 20B, United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, on August 29, 2013 at 2:00 P.M., for a Protective Order prohibiting the enforcement of, or requiring the withdrawal of, certain non-party subpoenas issued by Defendants and for an Order enforcing the Stipulated Protective Order in this case. Plaintiff brings this Motion pursuant to Federal Rule of Civil Procedure 26.

1

Dated:  August 12, 2013

U.S. COMMODITY FUTURES
TRADING COMMISSION

_____
Christine M. Ryall (*cryall@cftc.gov*)
Jonathan P. Robell (*jrobell@cftc.gov*)
Division of Enforcement
1155 21st Street NW
Washington, DC 20581
(202) 418-5000 telephone
(202) 418-5523 facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2013, I filed a copy of the foregoing Notice of Motion using the CM/ECF system, which will automatically send electronic mail notification of such filing to all parties.

_____
Jonathan P. Robell