UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                             :

U.S. COMMODITY FUTURES
TRADING COMMISSION,                  :

              Plaintiff,           :        11 Civ. 3543 (WHP)

           -against-            :        ECF case

PARNON ENERGY INC., ARCADIA    :        DECLARATION OF COUNSEL
PETROLEUM LTD., ARCADIA                  FOR PLAINTIFF IN SUPPORT
ENERGY (SUISSE) SA, NICHOLAS J.  :       OF MOTION FOR PROTECTIVE
WILDGOOSE AND JAMES T. DYER,         ORDER
                                             :
           Defendants.
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      I, Jonathan P. Robell, an attorney admitted to practice before this Court, hereby declare, pursuant to 28 U.S.C. § 1743 and Rule 1.9 of the Local Civil Rules of this Court, that the following statements are true and correct.

      1.     I am an attorney with the United States Commodity Futures Trading Commission ("CFTC"), the Plaintiff in this action. I respectfully submit this declaration in support of the CFTC's Motion for a Protective Order and Enforcement of the Stipulated Protective Order. I am familiar with this matter in my capacity as counsel.

      2.     Annexed hereto as Exhibit 1 is a true and correct copy of Defendants' First Request for Production to Plaintiff, dated July 23, 2012.

      3.     Annexed hereto as Exhibit 2 is a true and correct copy of a letter from Sophia Siddiqui, Esq. to Elizabeth Bradshaw, Esq., dated March 22, 2013. Certain non-public information has been redacted from Exhibit 2.

1

4. Annexed hereto as Exhibit 3 is a true and correct copy of a letter from Sophia Siddiqui, Esq. to Elizabeth Bradshaw, Esq., dated April 25, 2013.

5. Annexed hereto as Exhibit 4 is a true and correct copy of the log of redactions made to the CFTC's April 25, 2013 production of documents, dated April 25, 2013.

6. Annexed hereto as Exhibit 5 is a true and correct copy of subpoenas issued by Defendants to non-parties. With the Court's permission, Exhibit 5 is being submitted under seal and will not be filed on the Court's public docket.

7. Annexed hereto as Exhibit 6 is a true and correct copy of a letter from Elizabeth Bradshaw, Esq. to Christine Ryall, Esq., dated June 12, 2013.

8. Annexed hereto as Exhibit 7 is a true and correct copy of the transcript of the parties August 2, 2013 hearing before the Court.

9. Annexed hereto as Exhibit 8 is a true and correct copy of documents produced in this litigation by the CFTC on April 25, 2013. With the Court's permission, Exhibit 8 is being submitted under seal and will not be filed on the Court's public docket.

10. Annexed hereto as Exhibit 9 is a true and correct copy of a letter from Christine Ryall, Esq. to Elizabeth Bradshaw, Esq., dated June 19, 2013. Certain non-public information has been redacted from Exhibit 9.

11. Annexed hereto as Exhibit 10 is a true and correct copy of a document produced in this litigation by the CFTC on March 22, 2013. With the Court's permission, Exhibit 10 is being submitted under seal and will not be filed on the Court's public docket.

12. Annexed hereto as Exhibit 11 is a true and correct copy of an e-mail from Christine Ryall, Esq. to Elizabeth Bradshaw, Esq., dated June 25, 2013. Certain non-public information has been redacted from Exhibit 11.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12th day of August, 2013 at Washington, DC.

_____
Jonathan P. Robell