UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>            Plaintiff,<br><br>            v.<br><br>PARNON ENERGY INC., ARCADIA PETROLEUM LTD, ARCADIA ENERGY (SUISSE) SA, NICHOLAS J. WILDGOOSE and JAMES T. DYER,<br><br>            Defendants. | 11 CV 3543 (WHP)<br><br>ECF Case |

### DECLARATION OF TIMOTHY J. CAREY
### IN SUPPORT OF DEFENDANTS' OPPOSITION
### TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

I, Timothy J. Carey, hereby declare and state as follows:

1.     I am an attorney with Winston & Strawn LLP, counsel for all defendants in this action. I am a member of the bar of the State of Illinois and am admitted to practice before this Court *pro hac vice*. I make this Declaration in support of Defendants' Opposition to Plaintiff's Motion for Protective Order and for Enforcement of the Stipulated Protective Order. If I were sworn as a witness, I would be competent to testify to the facts set forth in this declaration.

2.     Attached hereto as Exhibit A is a true and correct copy of relevant pages from the CFTC's April 25, 2013 Privilege Log.

3.     Attached hereto as Exhibit B is a true and correct copy of a document Defendants received from the CFTC as part of its April 25, 2013 production. With the Court's permission, Exhibit B is being submitted under seal and will not be filed on the Court's public docket.

4. Attached hereto as Exhibit C is a true and correct copy of a document Defendants received from the CFTC as part of its April 25, 2013 production. With the Court's permission, Exhibit C is being submitted under seal and will not be filed on the Court's public docket.

5. Attached hereto as Exhibit D is a true and correct copy of a document a document Defendants received from the CFTC as part of its April 25, 2013 production. With the Court's permission, Exhibit D is being submitted under seal and will not be filed on the Court's public docket.

6. Attached hereto as Exhibit E is a true and correct copy of relevant pages from the CFTC's August 1, 2013 Privilege Log.

7. Attached hereto as Exhibit F is a true and correct copy of a document Defendants received from the CFTC as part of its April 25, 2013 production. With the Court's permission, Exhibit F is being submitted under seal and will not be filed on the Court's public docket.

8. Attached hereto as Exhibit G is a true and correct copy of a document Defendants received from the CFTC as part of its April 25, 2013 production. With the Court's permission, Exhibit G is being submitted under seal and will not be filed on the Court's public docket.

9. Attached hereto as Exhibit H is a true and correct copy of a document Defendants received from the CFTC as part of its April 25, 2013 production. With the Court's permission, Exhibit H is being submitted under seal and will not be filed on the Court's public docket.

10. Attached hereto as Exhibit I is a true and correct copy of the CFTC's entire May 10, 2013 Redaction Log.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001 declares that all statements made of his own knowledge are true.

Signed at Chicago, Illinois this 16th day of August, 2013.

                <u>/s/ Timothy J. Carey</u>
                Timothy J. Carey