# EXHIBIT A

CFTC PRIVILEGE LOG
4/25/2013 (Amended)
CFTC v. Parnon Energy Inc. et al, Case No. 1:11-cv-3543-WHP (SDNY)

| NO. | PRIVILEGE CLAIM | DOCUMENT ID | TYPE OF DOCUMENT | SUBJECT | DATE | AUTHOR | RECIPIENT(S) | EMAIL CC | ATTACHMENT(S) | PRIVILEGE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | Attorney Work Product | Arcadia-LH-0723138 | E-MAIL | RE: Comparison of Terms in Futures and Physical Contracts | 3/3/2011 | Al-Jurf, Saadeh A </O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SALJURF> | Al-Jurf, Saadeh A <SAl-Jurf@CFTC.gov>; Manley, Joan <jmanley@CFTC.gov>; Hayeck, Paul G. <phayeck@CFTC.gov>; Ryall, Christine <cryall@CFTC.gov>; Cusimano, Jeremy <JCusimano@CFTC.gov>; Diamantis, Jennifer A. <JDiamantis@CFTC.gov>; Devoe, Melanie <MDevoe@CFTC.gov>; Vilenskiy, Dmitriy <DVilenskiy@CFTC.gov> | | CFTC-0001998 - CFTC-0002000 | Email thread among DOE attorneys and staff regarding review and analysis of email from John Wyman of HoustonStreet Exchange Inc. dated 3/3/2011 |
| 33 | Attorney Work Product | Arcadia-LH-0834917 | E-MAIL | RE: Comparison of Terms in Futures and Physical Contracts | 3/3/2011 | Al-Jurf, Saadeh A </O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SALJURF> | Al-Jurf, Saadeh A <SAl-Jurf@CFTC.gov>; Manley, Joan <jmanley@CFTC.gov>; Hayeck, Paul G. <phayeck@CFTC.gov>; Ryall, Christine <cryall@CFTC.gov>; Cusimano, Jeremy <JCusimano@CFTC.gov>; Diamantis, Jennifer A. <JDiamantis@CFTC.gov>; Devoe, Melanie <MDevoe@CFTC.gov>; Vilenskiy, Dmitriy <DVilenskiy@CFTC.gov> | | CFTC-0002034 - CFTC-0002036 | Email thread among DOE attorneys and staff regarding review and analysis of email from John Wyman of HoustonStreet Exchange Inc. dated 3/3/2011 |
| 34 | Attorney Work Product | Arcadia-LH-0905839 | E-MAIL | RE: Comparison of Terms in Futures and Physical Contracts | 3/3/2011 | Al-Jurf, Saadeh A </O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SALJURF> | Al-Jurf, Saadeh A <SAl-Jurf@CFTC.gov>; Manley, Joan <jmanley@CFTC.gov>; Hayeck, Paul G. <phayeck@CFTC.gov>; Ryall, Christine <cryall@CFTC.gov>; Cusimano, Jeremy <JCusimano@CFTC.gov>; Diamantis, Jennifer A. <JDiamantis@CFTC.gov>; Devoe, Melanie <MDevoe@CFTC.gov>; Vilenskiy, Dmitriy <DVilenskiy@CFTC.gov> | | CFTC-0002146 - CFTC-0002148 | Email thread among DOE attorneys and staff regarding review and analysis of email from John Wyman of HoustonStreet Exchange Inc. dated 3/3/2011 |
| 35 | Attorney Work Product | Arcadia-LH-1098988 | E-MAIL | RE: Parnon Data | 7/24/2008 | Humenik, Stephen </O=CFTC/OU=WASHINGTON, DC/CN=RECIPIENTS/CN=SHUMENIK> | Park, Chul Woo <cpark@CFTC.gov> | | CFTC-0004401; CFTC-0002443 - CFTC-0002443 | Communication between DOE attorney and economist in Division of Market Oversight regarding analysis requested by DOE attorney as part of investigation into Defendants' conduct and in anticipation of litigation |
| 36 | Attorney Work Product; Relevance | Arcadia-LH-1101506 | E-MAIL | RE: Arcadia/Parnon | 8/18/2009 | Humenik, Stephen | | | Arcadia-LH-1101507; CFTC-0002616 - CFTC-0002617 | Communication between attorney and non-testifying expert retained in anticipation of litigation regarding analysis requested by attorney as part of investigation into Defendants' conduct; FRCP 26(b)(4)(D); identity not relevant to claims/defenses |
| 37 | Attorney Work Product; Informant | Arcadia-LH-1101507 | E-MAIL ATTACHMENT | ATTORNEY WORK PRODUCT NOTES FROM CALL WITH Anonymous Complainant.docx | 8/18/2009 | SHumenik | | | | Attorney notes regarding interview of anonymous complainant and informant |
| 38 | Attorney Work Product | Arcadia-LH-1103123 | E-MAIL | RE: Parnon Data | 7/24/2008 | Humenik, Stephen </O=CFTC/OU=WASHINGTON, DC/CN=RECIPIENTS/CN=SHUMENIK> | Park, Chul Woo <cpark@CFTC.gov> | | CFTC-0004402; CFTC-0002640 - CFTC-0002641 | Communication between DOE attorney and economist in Division of Market Oversight regarding analysis requested by DOE attorney as part of investigation into Defendants' conduct and in anticipation of litigation |
| 39 | Attorney Work Product; Relevance | Arcadia-LH-1105641 | E-MAIL | RE: Arcadia/Parnon | 8/18/2009 | Humenik, Stephen | | | Arcadia-LH-1105642; CFTC-0002813 - CFTC-0002814 | Communication between attorney and non-testifying expert retained in anticipation of litigation regarding analysis requested by attorney as part of investigation into Defendants' conduct; FRCP 26(b)(4)(D); identity not relevant to claims/defenses |
| 40 | Attorney Work Product; Informant | Arcadia-LH-1105642 | E-MAIL ATTACHMENT | ATTORNEY WORK PRODUCT NOTES FROM CALL WITH Anonymous Complainant.docx | 8/18/2009 | SHumenik | | | | Attorney notes regarding interview of anonymous complainant and informant |

CFTC PRIVILEGE LOG
4/25/2013 (Amended)
CFTC v. Parnon Energy Inc. et al, Case No. 1:11-cv-3543-WHP (SDNY)

| NO. | PRIVILEGE CLAIM | DOCUMENT ID | TYPE OF DOCUMENT | SUBJECT | DATE | AUTHOR | RECIPIENT(S) | EMAIL CC | ATTACHMENT(S) | PRIVILEGE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 47 | Attorney Work Product | Arcadia-LH-1673027 | E-MAIL | RE: Comparison of Terms in Futures and Physical Contracts | 3/3/2011 | Al-Jurf, Saadeh A </O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SALJURF> | Al-Jurf, Saadeh A <SAl-Jurf@CFTC.gov>; Manley, Joan <jmanley@CFTC.gov>; Hayeck, Paul G. <phayeck@CFTC.gov>; Ryall, Christine <cryall@CFTC.gov>; Cusimano, Jeremy <JCusimano@CFTC.gov>; Diamantis, Jennifer A. <JDiamantis@CFTC.gov>; Devoe, Melanie <MDevoe@CFTC.gov>; Vilenskiy, Dmitriy <DVilenskiy@CFTC.gov> | | CFTC-0003782 - CFTC-0003784 | Email thread among DOE attorneys and staff regarding review and analysis of email from John Wyman of HoustonStreet Exchange Inc. dated 3/3/2011 |
| 48 | Attorney Work Product | Arcadia-LH-1673031 | E-MAIL | RE: Comparison of Terms in Futures and Physical Contracts | 3/3/2011 | Al-Jurf, Saadeh A </O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SALJURF> | Manley, Joan <jmanley@CFTC.gov>; Hayeck, Paul G. <phayeck@CFTC.gov>; Ryall, Christine <cryall@CFTC.gov>; Cusimano, Jeremy <JCusimano@CFTC.gov>; Diamantis, Jennifer A. <JDiamantis@CFTC.gov>; Devoe, Melanie <MDevoe@CFTC.gov>; Vilenskiy, Dmitriy <DVilenskiy@CFTC.gov> | | CFTC-0003785 - CFTC-0003787 | Email thread among DOE attorneys and staff regarding review and analysis of email from John Wyman of HoustonStreet Exchange Inc. dated 3/3/2011 |
| 49 | Confidentiality Agreement with Foreign Futures Authority | Arcadia-LH-1674652 | E-MAIL | RE: Confidential Law Enforcement Correspondence - Arcadia Petroleum Ltd. (13th of September) | 9/2/2010 | Dan Turner (Enf) <Dan.TurnerENF@fsa.gov.uk> | Horne, Stephanie <SHorne@CFTC.gov> | Tom Woodhead <Tom.Woodhead@fsa.gov.uk>; Diamantis, Jennifer A. <JDiamantis@CFTC.gov>; Devoe, Melanie <MDevoe@CFTC.gov>; Padgett, Elizabeth <epadgett@CFTC.gov> | CFTC-0004159 | Communication with staff of foreign regulatory authority regarding arrangements to confirm attendance of defendants' employees at scheduled interviews; confidential by request of FSA and by agreement under IOSCO Multilateral Memorandum of Understanding Concerning Consultation and Cooperation and the Exchange of Information (MMOU) dated May 2002; 7 USC 12(a)(1) |
| 50 | Attorney Work Product | Arcadia-LH-1681614.0001 | | Anonymous Complainant Notes.docx | 8/16/2011 | SHumenik | | | CFTC-004261 - CFTC-0004262 | Attorney notes regarding interview of anonymous complainant and informant |
| 51 | Attorney Work Product; Relevance | Arcadia-LH-1685642 | E-MAIL | Production for Arcadia Deliverable Supply Database | 11/3/2010 | Diamantis, Jennifer A. </O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JDIAMANTIS> | Peloquin, Michael <MPeloquin@CFTC.gov> | | CFTC-0004280 - CFTC-0004330 | Attorney communication with IT staff regarding processing of third party production; not relevant to claims/defenses |
| 52 | Attorney Work Product | Arcadia-LH-1699916 | E-MAIL | RE: Comparison of Terms in Futures and Physical Contracts | 3/3/2011 | Al-Jurf, Saadeh A </O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SALJURF> | Al-Jurf, Saadeh A <SAl-Jurf@CFTC.gov>; Manley, Joan <jmanley@CFTC.gov>; Hayeck, Paul G. <phayeck@CFTC.gov>; Ryall, Christine <cryall@CFTC.gov>; Cusimano, Jeremy <JCusimano@CFTC.gov>; Diamantis, Jennifer A. <JDiamantis@CFTC.gov>; Devoe, Melanie <MDevoe@CFTC.gov>; Vilenskiy, Dmitriy <DVilenskiy@CFTC.gov> | | CFTC-0004332 - CFTC-0004334 | Email thread among DOE attorneys and staff regarding review and analysis of email from John Wyman of HoustonStreet Exchange Inc. dated 3/3/2011 |
| 53 | Attorney Work Product | Arcadia-LH-1890604 | E-MAIL | RE: Comparison of Terms in Futures and Physical Contracts | 3/3/2011 | Al-Jurf, Saadeh A </O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SALJURF> | Al-Jurf, Saadeh A <SAl-Jurf@CFTC.gov>; Manley, Joan <jmanley@CFTC.gov>; Hayeck, Paul G. <phayeck@CFTC.gov>; Ryall, Christine <cryall@CFTC.gov>; Cusimano, Jeremy <JCusimano@CFTC.gov>; Diamantis, Jennifer A. <JDiamantis@CFTC.gov>; Devoe, Melanie <MDevoe@CFTC.gov>; Vilenskiy, Dmitriy <DVilenskiy@CFTC.gov> | | CFTC-0004391 - CFTC-0004393 | Email thread among DOE attorneys and staff regarding review and analysis of email from John Wyman of HoustonStreet Exchange Inc. dated 3/3/2011 |