USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. COMMODITY FUTURES
TRADING COMMISSION,

        Plaintiff,

v.

PARNON ENERGY INC., ARCADIA
PETROLEUM LTD., ARCADIA ENERGY
(SUISSE) SA, NICHOLAS J. WILDGOOSE and
JAMES T. DYER,
        Defendants.

Docket No.
11 Civ. 3543 (WHP)

## [PROPOSED] REVISED SCHEDULING ORDER

WILLIAM H. PAULEY III, DISTRICT JUDGE:

WHEREAS, the Court entered a Scheduling Order dated May 15, 2013 [Docket No. 64] which scheduled certain deadlines;

WHEREAS, by letter dated January 26, 2014, Plaintiff the U.S. Commodity Futures Trading Commission ("CFTC") requested an extension of fact discovery to February 28, 2014, in order to conduct and participate in depositions as well as a corresponding extension of the subsequent dates set in the Court's Scheduling Order issued May 15, 2013;

WHEREAS the Defendants agree that the extension proposed by the CFTC is appropriate, given the complications associated with scheduling non-party depositions; and

WHEREAS, fact discovery in the related action, *In re: Crude Oil Commodity Futures Litigation*, No. 11 Civ. 3600 (WHP), is open through February 28, 2014, on my Order issued December 31, 2013 [Docket No. 190];

WHEREFORE, it is hereby ORDERED:

1. Fact discovery shall be extended to and including February 28, 2014, for the limited purpose of conducting depositions;

2. Expert reports shall be exchanged by March 28, 2014;

3. Rebuttal reports shall be exchanged by April 10, 2014;

4. All expert discovery shall be completed by May 28, 2014;

5. The parties shall submit a joint pre-trial order by June 27, 2014; and

6. The parties shall appear for a final pre-trial conference on July 11, 2014, at 11:00 a.m.

Dated: January 30, 2014
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All counsel of record.*