```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____              │
│ DATE FILED: February 6, 2015         │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                  :
U.S. COMMODITY FUTURES TRADING                    :
COMMISSION,                                       :            11-cv-3543 (KBF)
                                                  :
                              Plaintiff,          :                ORDER
                                                  :
             -v-                                  :
                                                  :
PARNON ENERGY INC., ARCADIA                       :
PETROLEUM LTD., ARCADIA ENERGY                    :
(SUISSE) SA, NICHOLAS J. WILDGOOSE                :
AND JAMES T. DYER,                                :
                                                  :
                              Defendants.         :
-----------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

        The Court notes that the above-referenced case has settled and that the final

consent order, filed on August 4, 2014, states that the Order "fully and finally

resolves all claims and allegations brought by the Commission against Defendants

in this action."  The Court plans to terminate this action for administrative

purposes on **Wednesday, February 11, 2015**, unless the parties inform the Court

of a reason why it should not do so.


        SO ORDERED.

Dated:      New York, New York
            February 6, 2015


                              _____
                                    KATHERINE B. FORREST
                                    United States District Judge