```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 13, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
U.S. COMMODITY FUTURES TRADING      :
COMMISSION,                          :         11-cv-3543 (KBF)
                                     :
            Plaintiff,               :         ORDER
                                     :
      -v-                            :
                                     :
PARNON ENERGY INC., ARCADIA          :
PETROLEUM LTD., ARCADIA ENERGY       :
(SUISSE) SA, NICHOLAS J. WILDGOOSE   :
AND JAMES T. DYER,                   :
                                     :
            Defendants.              :
------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

On February 6, 2015, the Court notified the parties that it planned to terminate this action for administrative purposes because the case has settled, unless the parties informed the Court of a reason why it should not do so. (ECF No. 174.) As the parties have not so informed the Court, the Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:     New York, New York
           February 13, 2015

                                    _____
                                         KATHERINE B. FORREST
                                         United States District Judge